# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**U.S.A. vs. William E. Wright, Jr.**                    **Docket No. 5:12-MJ-1957-1**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Debbie W. Starling, probation officer of the court, presenting an official report upon the conduct of defendant, William E. Wright, Jr., who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Fayetteville, NC, on the 11th day of December, 2012, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Refrain from any use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant failed to report for drug testing as required by the Surprise Urinalysis Program on January 29, 2013. He was referred for substance abuse counseling and failed to attend counseling on February 2, 2013. Wright reported to the U.S. Probation Office on February 6, 2013, and submitted a urine specimen which proved positive for cocaine. He signed an Admission of Drug Use Statement admitting to using cocaine on February 3, 2013.

      **PRAYING THAT THE COURT WILL ORDER** a warrant be issued for the defendant's arrest and a bond revocation hearing scheduled to determine if his bond should be revoked.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton

Robert L. Thornton
Supervising U.S. Probation Officer

/s/Debbie W. Starling

Debbie W. Starling
U.S. Probation Officer

310 Dick Street
Fayetteville, NC 28301-5730

Phone: (910) 483-8613

Executed On: February 7, 2013

### ORDER OF COURT

Considered and ordered this  8th  day of  February , 2013, and ordered filed and made a part of the records in the above case.

James E. Gates
United States Magistrate Judge